# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: admin | Date Created: 10/11/2018 |
| Case: 8−18−74720−las | Form ID: 318DF7 | Total: 36 |

**Recipients of Notice of Electronic Filing:**
tr      Kenneth Kirschenbaum      ken@kirschenbaumesq.com
aty      Jason Leibowitz      jleibowitz@kandfllp.com

                                                           TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Nicholas Palazzo      1271 Carlls Straight Path      Huntington Station, NY 11746
smg      NYS Department of Taxation & Finance      Bankruptcy Unit      PO Box 5300      Albany, NY 12205
smg      NYS Unemployment Insurance      Attn: Isolvency Unit      Bldg. #12, Room 256      Albany, NY 12240
smg      NYC Department of Finance      345 Adams Street      Office of Legal Affairs      Brooklyn, NY 11201−3719
smg      United States Trustee      Office of the United States Trustee      Long Island Federal Courthouse      560 Federal Plaza      Central Islip, NY 11722−4437
9313249      Aleksander Shalshin, MD      P.O. Box 918      Syosset, NY 11791
9313250      Alliance One Receivables      PO Box 2449      Gig Harbor, WA 98335−2449
9313251      Angeliki Palazzo Takos      22 Burgess Avenue      Huntington Station, NY 11746
9313252      Apuzzo, Finamore, William      536 Mineola Ave.      Carle Place, NY 11514−1716
9313253      Arstrat      9800 Centre Parkway      Ste 1100      Houston, TX 77036
9313254      Carle Place Family Medici      PO Box      Philadelphia, PA 19195−7585
9313255      Eastern Collection Corpor      PO Box 453      Bohemia, NY 11716−0453
9313256      Huntington Hosp−General      PO Box 415661      Boston, MA 02241−5661
9313257      Hutington Hospital Northw      270 Park Avenue      Huntington, NY 11743−2799
9313258      Improved Data Service      5500 Main Street, Ste 212      Attn: Heidi Coss      Buffalo, NY 14221
9313259      Ingram and Associates      PO Box 860102      Minneapolis, MN 55486−0102
9313260      International Recovery As      PO Box 651      Nesconset, NY 11767
9313261      Island Wide Medical Assoc      PO Box 95000      Philadelphia, PA 19195−7585
9313262      Levinbrook Law Firm      77 Arkay Drive, Ste C1      Hauppauge, NY 11788
9313265      NYS Child Support Process      PO Box 15363      Albany, NY 12212−5363
9313266      NYS Dept of Tax & Fin      W A Harriman Campus      Huntington Station, NY 11746−8015
9313263      North Shore Unv Hosp.      PO Box 4318      Manhasset, NY 11030
9313264      Northwell Health      PO Box 28372      New York, NY 10087−8372
9313267      Office of Rob Montefusco      1601 Vets Hwy, Ste 530      Islandia, NY 11749
9313268      Ophthalmic Consultants of      865 Merrick Ave Ste 80 N.      Westbury, NY 11590
9313271      ProHealth Care Assoc, LLP      PO Box 3475      OH 43670−0475
9313269      Professional Claims Burea      PO Box 9060      Hicksville, NY 11802−9060
9313270      Professional Recovery Ass      PO Box 215      Levittown, NY 11756−0215
9313272      Toscani Law Firm, P.C.      360 Route 109      Attn: Richard C. Toscani      West Babylon, NY 11704
9313273      Transworld Systems Inc.      507 Prudential Road      Horsham, PA 19044
9313274      Victor Palazzo      1271 Carll's Straight Pat      Huntington Station, NY 11746
9313275      Victor Perez      1271 Carll's Straight Pat      Huntington Station, NY 11746
9313276      Winthrop Medical Affiliat      700 Hicksville Rd      c/o Carle Place Family Me      Bethpage, NY 11714−3472
9313277      Winthrop Radiology Assoc      GPO Box 27686      New York, NY 10087−7686

                                                           TOTAL: 34